UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT P. MARLEY,

        Petitioner,

v.

THE BANK OF NEW YORK MELLON,
FKA, BANK OF NEW YORK,
PURPORTED TRUSTEE FOR
CHL MORTGAGE PASS THROUGH
CERTIFICATE SERIES 2004-29,
        Purported respondent

_____/

Civil Action No; 1:17-cv-10056-NMG

Removed for the second time from the Essex Superior Court of Massachusetts Civil Action No: 1677CV00077 Petition for Judicial Discharge of Mortgage

## MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING THROUGH THE CM/ECF SYSTEM

Now comes the petitioner, Robert P. Marley, in the above-captioned matter, and respectfully requests the Court permission to participate in electronic case filing system (CM/ECF) in this case. In support, I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them and that I have used the system many times and never abused the privilege.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully: A computer with internet access; an email account on a daily basis to receive notifications from the

*Motion allowed.*
*/s/ NM Gorton, USDJ*
*2/24/17*

1